**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

George Leathers,

    Plaintiff,

        v.                               Case No.  1:10cv931

Michael McAdams, *et al.*,              Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 30, 2010 (Doc. 4).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**   It is ordered that: (1) The United States Marshal shall serve a copy of the complaint, summons, and this Order upon the defendant McAdams as directed by plaintiff, and that all costs of service be advanced by the United States; (2) that plaintiff serve upon defendant McAdams, or if appearance has been entered by counsel, upon defendant's attorney, a copy of every further pleading or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a true and correct copy of any document was

mailed to defendant or counsel. Any paper received by a district judge or magistrate judge which has not been filed with the clerk or which fails to include a certificate of service will be disregarded by the Court; (3) and that Plaintiff inform the Court promptly of any changes in his address which may occur during the pendency of this lawsuit.

The Court further dismisses Plaintiff's claims against defendants Hamilton County Sheriff's Department, the City of Cincinnati, and Hamilton County Sheriff Simon Leis, Jr.

**IT IS SO ORDERED.**

    *S/Michael R. Barrett*
Michael R. Barrett
United States District Judge