UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE LEATHERS,

    Plaintiff,

vs.

MICHAEL MCADAMS,

    Defendant.

Case No.: 1:10-cv-931

Magistrate Judge Bowman

**ORDER**

This civil action came before the Court for a status conference, by telephone, on January 6, 2012. Plaintiff George Leathers appeared *pro se* and Charles Anness appeared on behalf of Defendant. Based on the arguments and assertions of Plaintiff and Mr. Anness at the conference, **IT IS HEREIN ORDERED:**

1. Plaintiff shall file his response in opposition to Defendant's motion for summary judgment no later than **January 13, 2012**. Defendant shall file a reply memorandum no later than **January 19, 2012.**

2. Plaintiff's oral request for a jury trial is herein construed as a motion for leave to demand a jury trial. See Fed. R. Civ. P. 38 and 39. Defendant shall file a response to Plaintiff's jury demand no later than **January 19, 2012.**

3. The Final Pretrial Conference currently set for January 13, 2012 is herein rescheduled, and will now be held on **at 2:00 p.m. on January 20, 2012,** in Room 706. The parties' Proposed Joint Final Pretrial Order shall be submitted to chambers by email[1]

---

[1] The email address is bowman_chambers@ohsd.uscourts.gov.

by **12:00 p.m. on Thursday, January 19, 2012.**[2]

    4.  **Trial** shall commence at **9:30 a.m. on Tuesday, February 14, 2012, Room 701.**

The parties anticipate the trial will last 1 - 2 days.

    **IT IS SO ORDERED**.

                                       */s Stephanie K. Bowman*
                                       Stephanie K. Bowman
                                       United States Magistrate Judge

---

[2] *See* http://www.ohsd.uscourts.gov/judges/fpbowman.htm (Judge Bowman's Pretrial and Trial Procedures).