# UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  OHIO
### WESTERN  DIVISION

George Leathers,
     Plaintiff,

       vs                              Civil Action No. 1:10-931

Michael McAdams                   Bowman, M.J.
     Defendant.

## ORDER

     The parties having reached an agreement to settle this litigation in the presence of the Court on January 20, 2012;

     It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, move to reopen the action if settlement is not consummated.

     The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

     IT IS SO ORDERED.

                       */s/ Stephanie K. Bowman*
                       United States Magistrate Judge